**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1159

IDA CHRISTINE HAWKINS,

Plaintiff - Appellant,

v.

BALTIMORE COUNTY PUBLIC SCHOOL SYSTEM; BALTIMORE COUNTY
SCHOOL BOARD; MARYLAND STATE DEPARTMENT OF EDUCATION; JILL
CARTER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  James K. Bredar, District Judge.
(1:11-cv-02726-JKB)

Submitted: May 23, 2013               Decided: May 28, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ida Hawkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ida Christine Hawkins seeks to appeal the district court's order dismissing her complaint due to her failure to timely effect service of process. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on March 19, 2012. The notice of appeal was filed on December 13, 2012. Because Hawkins failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2